FILED'10 AUG 09 1509 USDC-ORE

Kathryn Tassinari, OSB # 80115
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


| | |
|---|---|
| VICKI J. BERRY,           ) | Case No. 08-6372-TC |
|       ) | |
| Plaintiff,     ) | ORDER APPROVING PLAINTIFF'S |
|       ) | MOTION FOR ATTORNEY FEES |
| vs.       ) | PURSUANT TO 42 U.S.C. §406(b) |
|       ) | |
| MICHAEL J. ASTRUE,    ) | |
| Commissioner of Social Security,   ) | |
|       ) | |
| Defendant.    ) | |
|       ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having

no objection, Order is hereby granted in the sum of $6,326.06 for attorney fees pursuant to 42

U.S.C. §406(b). The Commissioner shall deduct from $6,326.06 an administrative assessment

under 42 USC §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 9 day of Aug, 2010.


U.S. District Judge


ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

PRESENTED BY:

HARDER, WELLS, BARON & MANNING, P.C.

By:  s/ Kathryn Tassinari
     Of Attorneys for Plaintiff